

The relief described hereinbelow is SO ORDERED.

Signed June 29, 2005.

_____
ROBERT D. BERGER
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: | Case No. 04-24518 |
| | Chapter 7 |
| JOHN HERBERT OHLE and | |
| HEATHER MAREA OHLE, | |
| | |
| Debtors. | Adversary |
| | Proceeding No. 05-6008 |
| FIRST STATE BANK OF | |
| KANSAS CITY, KANSAS, | |
| | |
| Plaintiff, | |
| | |
| vs. | |
| | |
| JOHN HERBERT OHLE, | |
| | |
| Defendant. | |

### ORDER APPROVING MOTION FOR
### APPROVAL OF SETTLEMENT AND COMPROMISE

The matter now before of the Court is the Motion of Debtor and First State Bank of Kansas City, Kansas ("FSB") for Approval of Settlement and Compromise (the "Motion"). The

CC 1417526v1

In Re: John Herbert Ohle and Heather Marea Ohle
United States Bankruptcy Court for the District of Kansas; Adversary No. 05-6008
Order Granting Motion for Approval of Settlement and Compromise
Page 2

Motion was noticed with opportunity for hearing, no objections were filed, and no hearing was held. Having reviewed the Motion, the Court makes the following findings of fact and conclusions of law:

    1.    This Court has jurisdiction to hear and determine this matter pursuant to 28 U.S.C. §§ 157(b)(1) and (b)(2)(A), (B), (I), (J), and (O).

    2.    Adequate and sufficient notice of the Motion and the proposed settlement between Debtor and FSB has been given under Federal Rules of Bankruptcy Procedure 2002(a)(3) and 9019(a).

    3.    Prior to Debtor's chapter 7 bankruptcy petition, FSB loaned Debtor's company $1,100,000.00 pursuant to two promissory notes which were secured by, *inter alia*, Debtor's personal guaranties and assignments of Debtor's company's inventory and accounts receivable.

    4.    On January 18, 2005, FSB initiated this adversary proceeding by filing its Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 523(A) (the "Complaint").

    5.    The Complaint alleged Debtor: (i) obtained extensions of credit from FSB based upon false pretenses, false representation, and/or actual fraud; (ii) committed fraud or defalcation while acting in a fiduciary capacity to FSB and/or committed embezzlement and/or larceny in disposing of FSB's collateral; and/or (iii) willfully or maliciously injured FSB by disposing of FSB's collateral, thereby excepting from discharge the debt owed by Debtor to FSB under 11 U.S.C. § 523(a)(2), (4), and (6).

    6.    Debtor has denied the allegations contained in the Complaint.

    7.    Considering the risks and costs involved in litigation, FSB and Debtor have agreed to resolve this dispute on terms mutually acceptable to each party. FSB submits that its acceptance of Debtor's offer to pay FSB $44,000 in principal plus accrued interest of $42,350

CC 1417526v1

In Re: John Herbert Ohle and Heather Marea Ohle
 United States Bankruptcy Court for the District of Kansas; Adversary No. 05-6008
 Order Granting Motion for Approval of Settlement and Compromise

Page 3

and attorneys fees and costs of $12,9000 for a total of $99,250.00 (the "Settlement Amount") pursuant to a promissory note executed contemporaneously with this Motion is appropriate under the circumstances. In the event Debtor fails to pay the Settlement Amount, FSB will be entitled to a judgment against Debtor in the amount of $350,000.00 representing an estimate of the amount FSB alleges would be nondischargeable under 11 U.S.C. § 523(A)(2)(4), and (6).

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Approval of Settlement and Compromise is hereby GRANTED.

IT IS SO ORDERED.

# # #

Submitted and approved:

LATHROP & GAGE L.C.

By: */s/ Brian M. Holland*
Brian M. Holland    MO #19989
2345 Grand Blvd., Suite 2300
Kansas City, Missouri  64108
Telephone:    816.292.2000
Telecopier:    816.292.2001
bholland@lathropgage.com

ATTORNEYS FOR FIRST STATE BANK OF KANSAS CITY, KANSAS

and

  /s/ *William P. Turner*
William P. Turner    KS #14671
7920 Conser
Overland Park, KS 66204
Telephone: 913.649.7400
Telecopier: 913.648.7915
bill@williampturner.com

ATTORNEY FOR DEBTOR

CC 1417526v1